UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| SHELIA Y. CRUTHIRDS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:22-CV-144-FL |
| JEFFREY M. SANBORN, Colonel and | ) | |
| CHRISTINE WORMUTH, Secretary | ) | |
| Department of the Army | ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 21, 2023, and for the reasons set forth more specifically therein, that defendant's motion to dismiss is granted and this case is dismissed for failure to state a claim.

**This Judgment Filed and Entered on April 21, 2023, and Copies To:**
Shelia Y. Cruthirds  (via CM/ECF Notice of Electronic Filing)
Katharine Paige O'Hale (via CM/ECF Notice of Electronic Filing)


April 21, 2023                    PETER A. MOORE, JR, CLERK

                                   /s/ Sandra K. Collins
                                  (By) Sandra K. Collins, Deputy Clerk